UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Shotwell Landfill, Inc., ) | |
| Capitol Waste Transfer, LLC, ) | |
| Capitol Recycling, LLC, ) | |
| Debris Removal Partners, LLC, ) | |
| Shotwell Transfer Station II, Inc., ) | |
| Kings Grading, Inc., ) | |
| ) | |
|          Movants, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| LSCG Fund 18, LLC ) | 5:14-CV-427-BR |
| ) | |
|          Respondent. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's 13 June 2014 order is final for purposes of § 158, and therefore, the court has jurisdiction over the appeal. Appellees' motion to dismiss is DENIED.

**This judgment filed and entered on August 22, 2014, and served on:**

Jennifer B. Lyday (via CM/ECF Notice of Electronic Filing)
William P. Janvier (via CM/ECF Notice of Electronic Filing)

August 22, 2014                                                      /s/ Julie A. Richards,
                                                                                                Clerk of Court